UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MELVIN DUKES,

    Petitioner,

vs.

WARDEN DAVEY,

    Respondent.

No. C 15-0523 PJH (PR)

**ORDER OF DISMISSAL**

Petitioner, a California prisoner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  However, mail that the clerk sent to petitioner at his last known address has been returned as undeliverable and he has not provided a current mailing address.

More than sixty days have passed since the mail was returned.  This case is **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: May 7, 2015.

                       PHYLLIS J. HAMILTON
                       United States District Judge

G:\PRO-SE\PJH\HC.15\Dukes0523.dsm-mail.wpd

---

[1] A review of the petition indicates that petitioner is challenging the conditions of his confinement.